of LOUIS MANGIERI, v. OLIN J. STEPHENS, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARTHA LANSING, as Widow of LARENZO LANSING, Deceased, Respondent, v. WILLIAM E. HAYES, M. D., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Respondents.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LOUIS KATZ, Respondent, for Compensation under the Workmen's Compensation Law, v. A. KADANS & COMPANY, Employer, and TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES T. GREENLAND, Father, and CORA A. GREENLAND, Mother, Respondents, for Compensation under the Workmen's Compensation Law, for the Death of HAROLD GREENLAND, Deceased, v. C. E. MILLS OIL COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by FRED CLARK, Respondent, v. ERIE RAILROAD COMPANY, Employer, Appellant.— Motion denied.

In the Matter of the Judicial Settlement of the Account of FRANK B. WICKES, as Administrator, etc., of GEORGE A. HOUGHTALING, Deceased. JOEL H. CARPENTER and Others, Appellants; JENNIE E. NEUHAUS, Respondent.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. NORA COFFEY, Respondent, for Compensation to Herself, for the Death of JOHN COFFEY, v. NEW YORK STEAM COMPANY, Employer, and THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Examination of GEORGE H. LE ROY, Judgment Debtor under a Judgment Recovered by WARREN McCARRICK, Judgment Creditor, in an Action in the Supreme Court Entitled GEORGE H. LE ROY, Plaintiff, against WARREN McCARRICK, Defendant.— Motion granted, with ten dollars costs. Stay vacated, and the judgment debtor directed to appear before the referee for examination on the 6th day of October, 1921, at two o'clock in the afternoon.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, to Acquire Real Estate for and on Behalf of the City of New York, Appellant, under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof and Supplemental Thereto, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. DELAWARE & EASTERN RAILWAY COMPANY, Respondent.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY NASTACOS, Widow of, and FRANCIS NASTACOS and